IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DONALD KIRKLAND,                           §
                                           §
    Plaintiff,                             §
                                           §
v.                                         §        Civil Action No. 3:14-CV-0577-N
                                           §
PASSAT LAUNDRY SYSTEMS, INC.,              §
                                           §
    Defendant.                             §

## <u>SCHEDULING ORDER</u>

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this

Court ("LR"), and the Civil Justice Expense and Delay Reduction Plan (the "Plan") for the

Northern District of Texas, the Court ORDERS as follows:

1.      Plaintiff shall file a motion for notice and conditional certification within 120

days.  Defendant shall respond to the motion within 28 days.  Plaintiff shall reply to the

response within 14 days.

2.      Other than disclosures under Rule 26(a)(1), all discovery in this action is

stayed, except discovery pertaining to certification.

3.      The Court will direct a second scheduling conference and issue a supplemental

scheduling order following disposition of the motion for notice and conditional certification.

Any questions regarding this Order may be directed to the Court's Judicial Assistant,

Donna Beyer, at 214-753-2700.

(rev. 4/06)

Signed August 8, 2014.

David C. Godbey
United States District Judge

ORDER – PAGE 2